

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-16-00791-CR

Margaret L. **KNOBLAUCH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10598
Honorable Lori I. Valenzuela, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to November 27, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:  James Reeves
P.O. Box 593433
San Antonio, TX 78259

Nicholas A. LaHood
District Attorney, Bexar County
300 Dolorosa, Suite 4025
San Antonio, TX 78205